LOCKLIN *v.* LOCKLIN.

HEAD, Justice. 1. Ground 4 of the amended motion for new trial is incomplete and presents no question for determination by this court.

2. The judge did not err in refusing to grant a nonsuit.

3. It is never error to refuse to direct a verdict.

4. The verdict is not without evidence to support it, and the judge did not err in overruling the motion for new trial as amended. Code, § 85-1001; *Baker* v. *Shepherd, 37 Ga.* 12.

*Judgment affirmed. All the Justices concur.*

No. 17129. JULY 11, 1950.

*Wesley G. Bailey,* for plaintiff in error.
*Newell Edenfield,* contra.